**Koatha Perry BROADUS,
Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security,
Defendant–Appellee.**

**No. 14–3825.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 22, 2015.

Filed: July 24, 2015.

Daniel J. Devine, Kansas City, MO, for appellant.

Angela G. Thornton–Millard, Spec. Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., Rhonda J. Wheeler, Acting Chief Counsel, Soc. Sec. Admin., Region VII, Kansas City, MO, of counsel, on the brief), for appellee.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Koatha Perry Broadus appeals the district court's[1] order affirming the denial of

---

1. The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was re-

supplemental security income. Upon careful consideration of Broadus's challenges to the residual functional capacity (RFC) determination, and de novo review of the record, we agree with the district court that the administrative law judge's determination that Broadus is not disabled is supported by substantial evidence on the record as a whole. *See Lott v. Colvin*, 772 F.3d 546, 548–49 (8th Cir.2014); *see also Myers v. Colvin*, 721 F.3d 521, 527 (8th Cir.2013) (considerations in RFC determination); *Martise v. Astrue*, 641 F.3d 909, 923 (8th Cir.2011) (it is claimant's burden to establish RFC). The judgment of the district court is affirmed.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).